FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 20-0207

**KIRK EAKIN and CATHY EAKIN**,

Plaintiffs and Appellants,

v.

**STATE OF MONTANA and LEO GALLAGHER**,

Defendants and Appellees.

**ORDER**

Upon unopposed motion of Appellants,

IT IS HEREBY ORDERED that the Brief of Appellants be filed on or

before July 17, 2020.

DATED this _____ day of June, 2020.

By:_____
    Bowen Greenwood
    Clerk of Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 16 2020